# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131655(96)(98)

PAMELA PEREZ,
        Plaintiff-Appellee,

v

FORD MOTOR COMPANY and
DANIEL P. BENNETT,
        Defendants-Appellants.
_____

SC: 131655
COA: 249737
Wayne CC: 01-134649-CL

On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time fore filing her supplemental brief is considered and it is GRANTED. The motion by the Michigan Trial Lawyers Association for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

_____
Clerk